JEREMIAH HILL, PROSECUTOR, v. CITY OF BAYONNE, RESPONDENT.

Decided October 7, 1924.

On *certiorari*.

Before Justices KALISCH, BLACK and CAMPBELL.

For the prosecutor, *Richard Doherty*.

For the respondent, *Eugene T. Sharkey*.

MEMORANDUM.

The posecutor having failed to file his brief, the writ of *certiorari* is dismissed, with costs, for lack of prosecution.